1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DR. GEORGE SAVAGE,                        No.  2:13-cv-2650 JAM DAD

12                Plaintiff,

13          v.                                   ORDER

14    SUTTER GOULD MEDICAL GROUP,
      SUTTER GOULD MEDICAL
15    FOUNDATION, LESLIE D.
      SACKSCHESKY, and PATRICK L.
16    SNYDER,

17                Defendants.

18

19          On September 19, 2014, this matter came before the undersigned for hearing of

20    defendants' motion to compel.  Attorney Taylor Ford appeared on behalf of the defendants.  No

21    appearance was made by, or on behalf of, the plaintiff.

22          Upon consideration of the arguments on file and at the hearing, and for the reasons set

23    forth on the record at the hearing, IT IS HEREBY ORDERED that:

24                1.  Defendants' motion to compel (Dkt. No. 16) is granted; and

25    /////

26    /////

27    /////

28    /////

                                                 1

2.  Within 10 days of the September 19, 2014 hearing, plaintiff shall provide to defendants a computation of damages as required by the Federal Rules of Civil Procedure as well as any supporting documentation.[1]  Failure to do so, will result in the imposition of sanctions.

Dated:  September 24, 2014

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\savage2650.oah.091914.docx

_____

[1]  Plaintiff's computation and production may be amended and/or supplemented in the future, if necessary.

2