| | |
|---|---|
| 1 | CRUIKSHANK & CRUIKSHANK |
| | JOHN CRUIKSHANK (Bar No. 218787) |
| 2 | 61 Crecienta Dr. |
| | Sausalito, CA 94965 |
| 3 | Telephone:         (415) 990-5783 |
| | Facsimile:          (415) 480-2777 |
| 4 | john@cruikshankandcruikshank.com |
| 5 | CRAWFORD LAW FIRM, P.C. |
| | MARK A. CRAWFORD (Bar No. 2883163) |
| 6 | 244-16 Jericho Turnpike |
| | Floral Park, NY 11001 |
| 7 | Telephone:         (516) 492-3147 |
| | Facsimile:          (516) 750-0111 |
| 8 | mcrawford@crawfordlawpractice.com |
| 9 | Attorneys for Plaintiff |
| | DR. GEORGE SAVAGE |
| 10 | |
| 11 | DILLINGHAM & MURPHY, LLP |
| | Carla J. Hartley (Bar No. 117213) |
| 12 | Benjamin J. Schnayerson (Bar No. 257857) |
| | 601 California St., Suite 1900 |
| 13 | San Francisco, CA 94108-2824 |
| | Telephone:         (415) 397-2700 |
| | Facsimile:          (415) 397-3300 |
| 14 | cjh@dillinghammurphy.com |
| | bjs@dillinghammurphy.com |
| 15 | |
| 16 | Attorneys for Defendants |
| | THE GOULD MEDICAL GROUP, INC., |
| 17 | LESLIE D. SACKSCHEWSKY, M.D. and |
| | PATRICK L. SNYDER, M.D. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DR. GEORGE SAVAGE, | Case No. 2:13-CV-02650-JAM-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR DISCLOSURE OF EXPERTS AND DISCOVERY** |
| v. | |
| SUTTER GOULD MEDICAL GROUP, SUTTER GOULD MEDICAL FOUNDATION, LESLIE D. SACKSCHESKY, and PATRICK L. SNYDER | Judge:               Hon. John A. Mendez |
| | Location:           Courtroom 6, 14th Floor |
| | Complaint Filed:  December 20, 2013 |
| Defendants. | Trial Date:         May 4, 2015 |

Case No. 2:13-CV-02650-JAM-DAD                                                                                      Page 1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR DISCLOSURE OF
EXPERTS AND DISCOVERY

1  Plaintiff DR. GEORGE SAVAGE ("Plaintiff") and Defendants THE GOULD MEDICAL
2  GROUP, INC. (incorrectly named as SUTTER GOULD MEDICAL GROUP), LESLIE D.
3  SACKSCHEWSKY, M.D. and PATRICK L. SNYDER, M.D. (collectively, "Defendants"), by
4  and through their counsel of record herein, herby stipulate and agree as follows:

5  WHEREAS, Plaintiff filed his operative Complaint against Defendants on December 20,
6  2013;

7  WHEREAS, on September 9, 2014, the parties stipulated, and the Court ordered, a
8  continuance of deadlines and dates in the Pre-Trial Scheduling Order, including a continuance of
9  the deadline to disclose expert witnesses to October 31, 2014, the discovery cut-off date to
10 December 31, 2014 and the trial date to May 4, 2015;

11 WHEREAS, on September 29, 2014, following a Court order, Plaintiff provided an
12 amended computation of damages which was substantially different than the previous version;

13 WHEREAS, Plaintiff was still providing documentation in support of his alleged damages
14 in September 2014 and, based on the amended computation and documentation, Defendants
15 believes additional information is required;

16 WHEREAS, the parties agree that additional discovery and investigation is needed in order
17 to determine the experts they each must disclose, pursuant to Federal Rule of Civil Procedure
18 26(a)(2);

19 WHEREAS, due to scheduling complications for the depositions of the named defendants
20 and other witnesses, Plaintiff believes that he needs additional time to complete the depositions.

21 WHEREAS, the parties agree that additional time is needed to complete the required
22 depositions;

23 WHEREAS, the parties agree that there is good cause for a brief continuance of the
24 deadlines related to expert disclosures and discovery, and that a continuance of these deadlines,
25 and any other deadlines set in the Pre-Trial Scheduling Order, will not prejudice any party;

26 NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the time
27 for disclosure of expert witness and reports in accordance with Federal Rule of Civil Procedure
28

Case No. 2:13-CV-02650-JAM-DAD                                                                                           Page 2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR DISCLOSURE OF
EXPERTS AND DISCOVERY

1  26(a) is extended from October 31, 2014 to December 31, 2014; the disclosure of rebuttal experts
2  is extended from November 7, 2014 to January 7, 2015; and the deadline for completing discovery
3  is extended from December 31, 2014 to February 28, 2015.
4      THE PARTIES HEREBY FURTHER STIPULATE AND AGREE that the deadline for
5  filing dispositive motions is extended from February 11, 2015 to April 8, 2015; the hearing on
6  dispositive motions is continued from March 11, 2015 at 9:30 a.m. to May 6, 2015 at 9:30 a.m.;
7  the deadline for filing the Joint Pre-Trial Statement is extended from March 20, 2015 to June 12,
8  2015; the Pre-Trial Conference is continued from March 27, 2015 at 11:00 a.m. to June 19, 2015
9  at 11 a.m.; and the Trial Date is continued from May 4, 2015 at 9:00 a.m. to August 3, 2015 at
10  9:00 a.m.

Date:  October 27, 2014                CRUIKSHANK & CRUIKSHANK
                                            CRAWFORD LAW FIRM

                                            /s/ John Cruikshank
                                            John Cruikshank
                                            Mark Crawford
                                            Attorneys for plaintiff
                                            DR. GEORGE SAVAGE

Date:  October 27, 2014                DILLINGHAM & MURPHY, LLP

                                            /s/ Carla J. Hartley
                                            Carla J. Hartley
                                            Benjamin J. Schnayerson
                                            Attorneys for defendants
                                            THE GOULD MEDICAL GROUP, INC.,
                                            LESLIE D. SACKSCHEWSKY, M.D. and
                                            PATRICK L. SNYDER, M.D.

**IT IS SO ORDERED.**

Dated: October 27, 2014

                                            /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE