

1  LAW OFFICES OF ANTHONY J. POIDMORE
   ANTHONY J. POIDMORE (SBN 51346)
2  1520 Eureka Road, Suite 101
   Roseville, California 95661
3  Telephone:    (916)787-1290
   Facsimile:    (916)787-1293
4  Anthony@poidmorelaw.com

5  Attorney for Plaintiff
   DR. GEORGE SAVAGE
6

7  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (SBN 117213)
8  COREY S. UTSUROGI (SBN 286904)
   601 California Street, Suite 1900
9  San Francisco, CA  94108
   Telephone:    (415) 397-2700
10 Facsimile:    (415) 397-3300

11 Attorneys for Defendants
   GOULD MEDICAL GROUP, INC.,
12 LESLIE D. SACKSCHEWSKY, M.D.
   & PATRICK L. SNYDER, M.D.
13

14                 UNITED STATES DISTRICT COURT

15       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

16

17 DR. GEORGE SAVAGE,                  Case No. 2:13 CV-02650-JAM-DAD

18            Plaintiff,               **STIPULATION OF DISMISSAL WITH
                                       PREJUDICE OF DEFENDANT LESLIE
19       v.                            D. SACKSCHEWSKY, M.D. AND ORDER**

20 SUTTER GOULD MEDICAL GROUP,
   SUTTER GOULD MEDICAL
21 FOUNDATION, LESLIE D.
   SACKSCHEWSKY, and PATRICK L.
22 SNYDER,
                                       **Complaint Filed:  December 20, 2013**
23          Defendants.                **Trial Date:          August 3, 2015**

24

25       This stipulation is entered into by and between Plaintiff DR. GEORGE SAVAGE and

26 Defendants THE GOULD MEDICAL GROUP, INC., LESLIE D. SACKSCHEWSKY, M.D.

27 (hereinafter "Dr. Sackschewsky"), and PATRICK L. SNYDER, M.D. ("Parties").  It is hereby

28 stipulated by and between the Parties to this matter, through their respective counsel, that

FILED

MAY 0 5 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  Plaintiff shall dismiss Dr. Sackschewsky with prejudice.  Plaintiff and Dr. Sackschewsky waive

2  any claims for costs and attorneys' fees against each other.

3

4  Dated:  April 30, 2015                    LAW OFFICE OF ANTHONY J. POIDMORE

5
                                                         /s/ Anthony J. Poidmore
6                                          By: _____
                                               Anthony J. Poidmore, Esq.
7                                              Attorney for Plaintiff
                                               DR. GEORGE SAVAGE
8

9  Dated:  April 30, 2015                    DILLINGHAM & MURPHY, LLP

10
                                                         /s/ Carla J. Hartley
11                                         By: _____
                                               Carla J. Hartley
12                                             Corey S. Utsurogi
                                               Attorneys for Defendants
13                                             THE GOULD MEDICAL GROUP, INC.,
                                               LESLIE D. SACKSCHEWSKY, M.D. &
14                                             PATRICK L. SNYDER, M.D.

15

16                                 **ORDER OF DISMISSAL**

17       The Court, having reviewed the parties' stipulation, and good cause appearing, hereby

18  orders that Defendant Leslie D. Sackschewsky, M.D. shall be dismissed from the action with

19  prejudice.

20  Date:  May 4, 2015

21                                             THE HONORABLE JOHN A. MENDEZ
                                               United States District Court Judge
22

23

24

25

26

27

28