DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
COREY S. UTSUROGI (SBN 286904)
601 California Street, Suite 1900
San Francisco, CA 94108-2824
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300
cjh@dillinghammurphy.com
csu@dillinghammurphy.com

Attorneys for Defendants
THE GOULD MEDICAL GROUP, INC.,
LESLIE D. SACKSCHEWSKY, M.D. and
PATRICK L. SNYDER, M.D.

FILED
MAY 0 6 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DR. GEORGE SAVAGE,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>SUTTER GOULD MEDICAL GROUP, SUTTER GOULD MEDICAL FOUNDATION, LESLIE D. SACKSCHESKY, and PATRICK L. SNYDER<br><br>　　　　Defendants. | Case No. 2:13-cv-02650-JAM-DAD<br><br>[~~PROPOSED~~] *Jam* ORDER GRANTING DEFENDANT THE GOULD MEDICAL GROUP'S MOTION FOR SUMMARY ADJUDICATION<br><br>[FRCP RULES 12(c) & 56]<br><br>Date:　　　May 6, 2015<br>Time:　　　9:30 a.m.<br>Judge:　　　John A. Mendez<br>Location:　Courtroom 6 – 14th Floor<br><br>Complaint Filed: December 20, 2013<br>Trial Date:　　　August 3, 2015 |

　　　Defendant The Gould Medical Group, Inc.'s Motion for Summary Adjudication is/was scheduled for hearing on May 6, 2015. Plaintiff Dr. George Savage did not file opposition to the motion. The Court, having read and considered the matters submitted in support of the motion, and in the absence of opposition and good cause appearing, hereby grants the motion on grounds that there are no triable issues of material fact and Defendant The Gould Medical Group, Inc. is entitled to summary adjudication on Plaintiff's Eighth Cause of Action as to the

claim for negligent infliction of emotional distress, only, on grounds that Plaintiff's claim is barred by the exclusive remedy provision of the California Workers' Compensation Act.

IT IS HEREBY ORDERED that summary adjudication is GRANTED in favor of Defendant The Gould Medical Group, Inc. and against Plaintiff George Savage on the Eighth Cause of Action as to Plaintiff's negligent infliction of emotional distress claim, only, on the grounds stated above.

Dated: May 6, 2015

THE HONORABLE JOHN A. MENDEZ
United States District Court Judge