DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
COREY S. UTSUROGI (SBN 286904)
601 California Street, Suite 1900
San Francisco, CA 94108-2824
Telephone:     (415) 397-2700
Facsimile:     (415) 397-3300
cjh@dillinghammurphy.com
csu@dillinghammurphy.com

Attorneys for Defendants
THE GOULD MEDICAL GROUP, INC.,
LESLIE D. SACKSCHEWSKY, M.D. and
PATRICK L. SNYDER, M.D.

FILED

MAY 0 6 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DR. GEORGE SAVAGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUTTER GOULD MEDICAL GROUP,<br>SUTTER GOULD MEDICAL FOUNDATION,<br>LESLIE D. SACKSCHESKY, and PATRICK L.<br>SNYDER<br>　　　　Defendants. | Case No. 2:13-cv-02650-JAM-DAD<br><br>[PROPOSED] ORDER GRANTING DEFENDANT PATRICK L. SNYDER, M.D.'S MOTION FOR SUMMARY ADJUDICATION<br><br>[FRCP RULES 12(c) & 56]<br><br>Date:　　May 6, 2015<br>Time:　　9:30 a.m.<br>Judge:　　John A. Mendez<br>Location:　Courtroom 6 – 14th Floor<br><br>Complaint Filed: December 20, 2013<br>Trial Date:　　　August 3, 2015 |

Defendant Patrick L. Snyder, M.D.'s Motion for Summary Adjudication is/was scheduled for hearing on May 6, 2015. Plaintiff Dr. George Savage filed a Response on April 22, 2015 stating that he did not oppose the motion. The Court, having read and considered the matters submitted in support of the motion, and in the absence of opposition and good cause appearing, hereby grants the motion on grounds that there are no triable issues of material fact

and Defendant Patrick L. Snyder, M.D. (Dr. Snyder) is entitled to summary adjudication as to the following causes of action:

1. Plaintiff's First Cause of Action, for disparate treatment based on race in violation of Title VII of the Civil Rights Act of 1964, is granted on grounds that Plaintiff failed to exhaust administrative remedies as to Dr. Snyder and Dr. Snyder was not an employer within the meaning of Title VII;

2. Plaintiff's Third Cause of Action, for racial discrimination in violation of the California Fair Employment and Housing Act (FEHA) on grounds that Plaintiff failed to exhaust administrative remedies as to Dr. Snyder and Dr. Snyder was not an employer within the meaning of the FEHA;

3. Plaintiff's Fourth Cause of Action, for harassment and hostile work environment on grounds that Plaintiff failed to exhaust administrative remedies as to Dr. Snyder;

4. Plaintiff's Fifth Cause of Action for breach of contract on the basis that Dr. Snyder was not a party to the alleged contract(s);

5. Plaintiff's Sixth Cause of Action for constructive termination on grounds that Plaintiff failed to exhaust administrative remedies as to Dr. Snyder and that Dr. Snyder was not an employer for purposes of a constructive discharge claim;

6. Plaintiff's Seventh Cause of Action for retaliation on the ground that Plaintiff failed to exhaust administrative remedies as to Dr. Snyder and that Dr. Snyder was not an employer and therefore may not be held liable for retaliation; and

7. Plaintiff's Eighth Cause of Action as to plaintiff's claim for negligent infliction of emotional distress only on grounds that Plaintiff's claim is barred by the exclusive remedy provision of the California Workers' Compensation Act.

///
///
///

1  IT IS HEREBY ORDERED that summary adjudication is GRANTED in favor of
2  Defendant Patrick L. Snyder, M.D. and against Plaintiff George Savage as to causes of action
3  1, 3, 4, 5, 6, 7, and 8 as to Plaintiff's negligent infliction of emotional distress claim, only, on
4  the grounds stated above.

5  Dated: May 6, 2015

THE HONORABLE JOHN A. MENDEZ
United States District Court Judge