Anthony J. Poidmore, Esq., SBN 51346
**LAW OFFICES OF ANTHONY J. POIDMORE**
A Professional Law Corporation
1520 Eureka Road, Suite 101
Roseville, CA 95661
Telephone: (916) 787-1290
Facsimile: (916) 787-1293

Attorneys for Plaintiff, GEORGE SAVAGE

# UNITES STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE SAVAGE** | CASE NO.: 2:13-CV-02650-JAM-DAD |
| **Plaintiff,** | |
| v. | **AMENDED STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **SUTTER GOULD MEDICAL GROUP, SUTTER GOULD MEDICAL FOUNDATION, LESLIE D. SACKSCHEWSKY, and PATRICK L. SNYDER** | |
| | Complaint Filed: December 20, 2013 |
| **Defendants.** | Trial Date:          August 3, 2015 |

IT IS HEREBYSTIPULATED by the parties, Plaintiff GEORGE SAVAGE, M.D. and Defendants GOULD MEDICAL GROUP, INC. and PATRICK L. SNYDER by and through their counsel of record, that this Court enter a dismissal of Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own fees and costs.

             Respectfully submitted,

DATED: July 30, 2015   **LAW OFFICES OF ANTHONY J. POIDMORE**
             **A Professional Law Corporation**


             By:___/s/ Anthony J. Poidmore_____
               ANTHONY J. POIDMORE
               Attorney for Plaintiff GEORGE SAVAGE, M.D.


DATED: July 30, 2015   **DILLINGHAM & MURPHY, LLP**


             By:_/s/ Carla J. Hartley_____
               CARLA J. HARTLEY
               Attorney for Defendants GOULD  MEDICAL
               GROUP, INC. and PATRICK L. SNYDER

## **ORDER**

Pursuant to stipulation by the parties, the parties' joint stipulation is GRANTED and this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41, with each party to bear its own fees and costs. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: 7/30/2015

                                           /s/ John A. Mendez_____
                                           U. S. District Court Judge